**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 19 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LENNOX THOMAS,<br><br>  Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General,<br><br>  Respondent. | No. 09-72578<br><br>Agency No. A014-843-448<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 14, 2011[**]
Seattle, Washington

Before: REINHARDT, GRABER, and PAEZ, Circuit Judges.

The petitioner was ordered removed under INA § 237(a)(2)(A)(iii) as an

aggravated felon. The predicate felony conviction upon which that order relied,

however, occurred in 1984, so § 237(a)(2)(A)(iii) does not apply. *Ledezma-*

*Galicia v. Holder*, No. 03-73648, 2010 WL 5174979, at *16 (9th Cir. Dec. 22,

---

[*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]   The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

2010).  We therefore grant the petition and remand on this basis, and need not reach the question whether the BIA properly applied the modified categorical approach.

**Petition GRANTED and REMANDED.**